# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Eugene Sherlock Holmes, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:16-cv-00153-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Tripp Gabriel | ) | |
| Danny Fontana | | |
| R. Locke Bell | | |
| Morgan & McMillian | | |
| Wes Stuages, | | |
| Defendant(s). | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 10, 2016 Order.

May 10, 2016

Frank G. Johns, Clerk
United States District Court